No. 1916. EL PUEBLO, APELADO, v. VEGA, APELANTE.—Infracción de la sección 69 de la ley de arbitrios. Resuelto en abril 7, 1922. Habiendo solicitado el Fiscal la revocación

de la sentencia por insuficiencia de la prueba y repitiéndose por el apelante igual petición se estima que no son las pruebas suficientes para una condena, y se revoca la sentencia.